**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell                                                          Phone: (303) 844-3433
*Clerk*

Date: 4/1/2025

☒ Pro Se      ☐ Retained      ☐ CJA      ☐ FPD      USA or other
                                                                    ☐ Federal Agency
                                                                    (Appeal Fee Exempt)

Case No: 25-cv-423-LTB                    ☐ Amended Notice of Appeal

                                          ☐ Other pending appeals

Date Filed: 3-31-2025                      ☐ Transferred Successive
                                              §2254 or §2255

Appellant: Joseph D Gilberti               ☐ Supplemental Record

Pro Se Appellant:
        ☐ IFP forms mailed/given        ☐ Motion IFP pending      ☐ Appeal fee paid
                                        ☒ IFP denied               ☐ Appeal fee not paid

Retained Counsel:
        ☐ Appeal fee paid         ☐ Appeal fee not paid         ☐ Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of
Appeals. Please refer to the forms, procedures, and requirements for ordering
transcripts, preparing docketing statements and briefs, and designations of the record
that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a
motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals
within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

                                          Sincerely,

                                          JEFFREY P. COLWELL, CLERK

                                          by:  s/T. Lovell
                                                Deputy Clerk

Rev. 8/17/2017

cc:   Clerk of the Court, Tenth Circuit Court of Appeals

Rev. 8/17/2017

APPEAL,JD1,NP ProSe,PS7,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: <u>1:25–cv–00423–LTB</u>

Gilberti (PS) v. Cheney et al
Assigned to: Judge Lewis T. Babcock
Demand: $500,187,000
Cause: 42:1983 Civil Rights Act

Date Filed: 02/07/2025
Date Terminated: 03/18/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**<u>Plaintiff</u>**

**Joseph D Gilberti**
*PE, a licensed Professional Engineer in the State of Florida*

represented by **Joseph D Gilberti**
2020 Main Street
Sarasota, FL 34237
813–470–6000
PRO SE

V.

**<u>Defendant</u>**

**Richard Bruce Cheney**
*Dick*

**<u>Defendant</u>**

**George W. Bush**

**<u>Defendant</u>**

**Donna Marie Padar**
*Judge*

**<u>Defendant</u>**

**World Economic Forum**

**<u>Defendant</u>**

**World Bank Group**

**<u>Defendant</u>**

**International Bank for Reconstruction and Development, The**
*IBRD*

**<u>Defendant</u>**

**International Development Association, The**
*IDA*

**Defendant**

**New Development Bank**
*BRICS BANKS*

**Defendant**

**William Jefferson Clinton**
*Bill*

**Defendant**

**James Amschel Victor Rothschild**

**Defendant**

**Nicholas David Rothschild**

**Defendant**

**Lynn Forester de Rothschild**
*Lady*

**Defendant**

**Holy See, The**
*The Vatican City State*

**Defendant**

**David Mayer de Rothschild**

**Defendant**

**Archdiocese of Venice**

**Defendant**

**Archdiocese of Washington**

**Defendant**

**Catholic Diocese of Colorado Springs,
The**

**Defendant**

**National Football League**
*NFL*

**Defendant**

**National Basketball Association**
*NBA*

**Defendant**

**Major League Baseball**
*MLB*

2

**<u>Defendant</u>**

**National Association for Stock Car
Auto Racing**
*NASCAR*

**<u>Defendant</u>**

**Mary Ross Agosta**

**<u>Defendant</u>**

**Barron Trump**

**<u>Defendant</u>**

**Ryan Snyder**
*Attorney*

**<u>Defendant</u>**

**Stephen Walker**
*Judge*

**<u>Defendant</u>**

**Blackstone Inc.**

**<u>Defendant</u>**

**State Street Corporation**

**<u>Defendant</u>**

**Morgan Stanley**

**<u>Defendant</u>**

**Apollo Global Management Inc.**

**<u>Defendant</u>**

**Goldman Sachs Group Inc.**

**<u>Defendant</u>**

**JPMorgan Chase Bank National
Association**
*JPMCB*

**<u>Defendant</u>**

**JPMorgan Chase & Co.**

**<u>Defendant</u>**

**James David Vance**
*Vice President*

**<u>Defendant</u>**

**Melania Trump**

**<u>Defendant</u>**

**New York University**

**<u>Defendant</u>**

**University of Washington**

**<u>Defendant</u>**

**University of Colorado Boulder**

**<u>Defendant</u>**

**Colorado College**

**<u>Defendant</u>**

**Colorado State University**

**<u>Defendant</u>**

**Colorado School of Mines**

**<u>Defendant</u>**

**Lara Trump**

**<u>Defendant</u>**

**Vern Buchanan**
*US Congressman*

**<u>Defendant</u>**

**Al Gore**

**<u>Defendant</u>**

**Eric Trump**

**<u>Defendant</u>**

**Emma Gonzales**

**<u>Defendant</u>**

**Ivanka Trump**

**<u>Defendant</u>**

**Andrew Rosin**
*PA*

**<u>Defendant</u>**

**Hunter Carroll**
*Judge*

**Defendant**

**Donald Trump Jr.**

**Defendant**

**Marjorie Stoneman Douglas School**

**Defendant**

**Omar A. Williams**
*Judge*

**Defendant**

**Gavin Newsom**
*Governor*

**Defendant**

**Kathy Hochul**
*Governor*

**Defendant**

**Scott Israel**
*Sheriff*

**Defendant**

**James Dominguez**
*Judge*

**Defendant**

**Carolyn Delano**
*Judge*

**Defendant**

**Town of Royal Palm Beach**

**Defendant**

**Port Everglades**

**Defendant**

**James Conrad**
*Judge*

**Defendant**

**Mark Wolfe**
*Judge*

**Defendant**

**Palm Beach County Board of County
Commissioners**

**Defendant**

**Kimberly Carlton Bonner**
*Judge*

**Defendant**

**Lee Pallardy**

**Defendant**

**Brownard County Board of County
Commissioners**

**Defendant**

**Thomas Howze**

**Defendant**

**National Sheriff's Association**

**Defendant**

**Town of Royal Beach**

**Defendant**

**Lee County Board of County
Commissioners**

**Defendant**

**City of West Palm Beach**

**Defendant**

**City of Boca Raton**

**Defendant**

**City of Miami**

**Defendant**

**Miami Port Authority**

**Defendant**

**12th Judicial Circuit of Florida**

**Defendant**

**13th Judicial Circuit of Florida**

**Defendant**

**Chad Chronister**
*Sheriff*

**Defendant**

**Sarasota County Board of County
Commissioners**

**Defendant**

**Dade County Board of County
Commissioners**

**Defendant**

**Hillsborough County Board of County
Commissioners**

**Defendant**

**South Florida Water Management
District**

**Defendant**

**Benderson Development**

**Defendant**

**U.S. Congress**

**Defendant**

**Pennsylvania Department of
Environmental Protection Agency**

**Defendant**

**Colorado Department of Public Health
and Environment**

**Defendant**

**Luis Rivera**
*Bankruptcy Trustee*

**Defendant**

**Edward J DeBartolo**

**Defendant**

**Southwest Florida Water Management
District**

**Defendant**

**Tampa Central Command MacDill
AirForce Base**

<u>**Defendant**</u>

**Metropolitan Planning Council**

<u>**Defendant**</u>

**Matt Gaetz**

<u>**Defendant**</u>

**Thomas Krug**
*Judge*

<u>**Defendant**</u>

**Central Intelligence Agency**
*CIA*

<u>**Defendant**</u>

**Jeff Bezos**

<u>**Defendant**</u>

**Warren Buffet**

<u>**Defendant**</u>

**Maria Ruhl**
*Judge*

<u>**Defendant**</u>

**Don T Hall**
*Judge*

<u>**Defendant**</u>

**James Parker**
*Judge*

<u>**Defendant**</u>

**South Florida Regional Planning
Council**

<u>**Defendant**</u>

**Dana Moss**
*Judge*

<u>**Defendant**</u>

**George A O'Toole Jr.**
*Judge*

**Defendant**

**Southwest Florida Regional Planning
Council**

**Defendant**

**Rockefeller Group International, inc.**

**Defendant**

**McHugh**
*Judge*

**Defendant**

**Darrin P Gayles**
*Judge*

**Defendant**

**Jose E Martinez**
*Judge*

**Defendant**

**Laura Taylor Swain**
*Judge*

**Defendant**

**Rockefeller Capital Management**

**Defendant**

**Ed Brodsky**
*State Attorney*

**Defendant**

**Juan Merchan**
*Judge*

**Defendant**

**Treasure Coast Regional Planning
Council**

**Defendant**

**Charles Williams**
*Judge*

**Defendant**

**Thomas Barber**
*Judge*

**Defendant**

**City of Cape Coral**

**Defendant**

**City of Naples**

**Defendant**

**City of Fort Meyers**

**Defendant**

**Geoffrey H Gentile**
*Judge*

**Defendant**

**Martin Fein**
*Judge*

**Defendant**

**Seminole Tribe Hard Rock Casino**

**Defendant**

**Sheri Polster Chappell**
*Judge*

**Defendant**

**Elizabeth Scherer**
*Judge*

**Defendant**

**City of Parkland**

**Defendant**

**David Hogg**

**Defendant**

**Loren AliKhan**
*Judge*

**Defendant**

**Manatee County Board of County Commissioners**

**Defendant**

**Town of Davy**

**Defendant**

**Nikolas Cruz**

**Defendant**

**Martha Pacold**
*Judge*

**Defendant**

**Carmine Marceno**
*Sheriff*

**Defendant**

**Kurt Hoffman**
*Sheriff*

**Defendant**

**Florida Department of Environmental Protection**

**Defendant**

**Greenberg Traurig Law**

**Defendant**

**Ketanji Brown Jackson**
*Judge*

**Defendant**

**Florida Department of Law Enforcement**

**Defendant**

**Liam O'Grady**
*Judge*

**Defendant**

**Federal Bureau of Investigation**
*FBI*

**Defendant**

**Michael Waltz**

**Defendant**

**Madeline Cox Arleo**
*Judge*

**Defendant**

**Elon Musk**

**Defendant**

**Marco Rubio**
*Senator*

**Defendant**

**Susie Wiles**

**Defendant**

**Donald M Middlebrooks**
*Judge*

**Defendant**

**David S Leibowitz**

**Defendant**

**Rudy Giuliani**

**Defendant**

**Yale University**

**Defendant**

**Ron DeSantis**

**Defendant**

**Aileen Cannon**
*Judge*

**Defendant**

**Rockefeller Financial Services**

**Defendant**

**Donald J. Trump**

**Defendant**

**Harvard University**

**Defendant**

**Ohio State University**

**Defendant**

**Ariana Rockefeller**

**Defendant**

**Valerie Rockefeller**

**<u>Defendant</u>**

**Archdiocese of Los Angeles**

**<u>Defendant</u>**

**Archdiocese of Baltimore**

**<u>Defendant</u>**

**Thomas Widen**
*State Attorney*

**<u>Defendant</u>**

**Archdiocese of Philadelphia**

**<u>Defendant</u>**

**Archdiocese of Miami**

**<u>Defendant</u>**

**Archdiocese of New York**

**<u>Defendant</u>**

**Francis Jorge Mario Bergoglio**
*Pope*

**<u>Defendant</u>**

**Archdiocese of Newark**

**<u>Defendant</u>**

**Archdiocese of Boston**

**<u>Defendant</u>**

**Nancy Pelosi**

**<u>Defendant</u>**

**Hillary Clinton**

**<u>Defendant</u>**

**William Jefferson Clinton**
*Bill*

**<u>Defendant</u>**

**Barrack Obama**

**<u>Defendant</u>**

**Michelle Obama**

**<u>Defendant</u>**

**Josh Shapiro**
*Governor*

**Defendant**

**Wes Moore**
*Governor*

**Defendant**

**Florida State University**

**Defendant**

**Kamala Harris**

**Defendant**

**Tim Waltz**

**Defendant**

**Philadelphia City Council**

**Defendant**

**Pennsylvania State Police**

**Defendant**

**Christopher Shaw**

**Defendant**

**Ashley Moody**
*Attorney General*

**Defendant**

**US Department of Transportation**

**Defendant**

**Department of Interior**

**Defendant**

**Sheila Sanghvi**

**Defendant**

**Eric Adams**
*Mayor*

**Defendant**

**Council of National Defense**

**Defendant**

**New York City Council**

**<u>Defendant</u>**

**New York Port Authority**

**<u>Defendant</u>**

**Washington Public Ports Association**

**<u>Defendant</u>**

**Rick Scott**
*Senator*

**<u>Defendant</u>**

**United States Geological Survey**

**<u>Defendant</u>**

**Washington Post, The**

**<u>Defendant</u>**

**University Of Miami**

**<u>Defendant</u>**

**Cleveland City Council**

**<u>Defendant</u>**

**ExxonMobil**

**<u>Defendant</u>**

**Rockefeller Foundation, The**

**<u>Defendant</u>**

**Scott Freyre**

**<u>Defendant</u>**

**Environmental Protection Agency**
*EPA*

**<u>Defendant</u>**

**Army Corps of Engineers**

**<u>Defendant</u>**

**Pennsylvania State University**

**<u>Defendant</u>**

**Natural Resources Defense Council**

**Defendant**

**U.S. Surgeon General, The**

**Defendant**

**National Security Council**

**Defendant**

**Department of State**

**Defendant**

**Benderson Development**

**Defendant**

**US National Guard**

**Defendant**

**Human Health and Services**

**Defendant**

**Pete Hegseth**

**Defendant**

**Kristi Noem**

**Defendant**

**John Ratcliffe**

**Defendant**

**Tulsi Gabbard**

**Defendant**

**Lee Zeldin**

**Defendant**

**Elise Stefanik**

**Defendant**

**Robert F Kennedy Jr.**

**Defendant**

**Doug Burgum**

**Defendant**

**Doug Collins**

**<u>Defendant</u>**

**Chris Wright**

**<u>Defendant</u>**

**James Blair**

**<u>Defendant</u>**

**Taylor Budowich**

**<u>Defendant</u>**

**Stephen Miller**

**<u>Defendant</u>**

**Dan Scavino**

**<u>Defendant</u>**

**Thomas Homan**

**<u>Defendant</u>**

**Bill McGinley**

**<u>Defendant</u>**

**Steven Cheung**

**<u>Defendant</u>**

**Karoline Leavitt**

**<u>Defendant</u>**

**Will Scharf**

**<u>Defendant</u>**

**Sergio Gor**

**<u>Defendant</u>**

**Vivek Ramaswamy**

**<u>Defendant</u>**

**Brendan Carr**

**<u>Defendant</u>**

**Howard Lutnick**

**<u>Defendant</u>**

**Linda McMahon**

**Defendant**

**Sean Duffy**

**Defendant**

**Dean John Sauer**

**Defendant**

**Todd Blanche**

**Defendant**

**Steven Witkoff**

**Defendant**

**Michael Huckabee**

**Defendant**

**Marjorie Taylor Greene**

**Defendant**

**Wink News**

**Defendant**

**Mosaic Fertilizer**

**Defendant**

**Pfizer Phamaceutical Industry
Company**

**Defendant**

**United Nations**

**Defendant**

**Bill Gates**

**Defendant**

**Mark Zuckerberg**

**Defendant**

**Canadian National Railway**

**Defendant**

**CSX Transportation Inc.**

**Defendant**

**BlackRock Inc.**

<u>**Defendant**</u>

**Byron Donalds**
*US Congressman*

<u>**Defendant**</u>

**Alvin Bragg**
*Attorney*

<u>**Defendant**</u>

**Letitia James**
*AG*

<u>**Defendant**</u>

**Baltimore City Council**

<u>**Defendant**</u>

**Archdiocese of Indianapolis**

<u>**Defendant**</u>

**Ney York Department of
Environmental Protection**
*NYDEP*

<u>**Defendant**</u>

**Paul Diamond**
*Judge*

<u>**Defendant**</u>

**Department of Government Efficiency**
*DOGE*

<u>**Defendant**</u>

**Archdiocese of Los Angeles**

<u>**Defendant**</u>

**Archdiocese of San Francisco**

<u>**Defendant**</u>

**Washington State of Department of
Ecology**

<u>**Defendant**</u>

**Washington City Council**

<u>**Defendant**</u>

**Governor of Alabama**

**Defendant**

**Governor of Alaska**

**Defendant**

**Governor of Arizona**

**Defendant**

**Governor of Arkansas**

**Defendant**

**Governor of California**

**Defendant**

**Governor of Colorado**

**Defendant**

**Governor of Connecticut**

**Defendant**

**Governor of Delaware**

**Defendant**

**Governor of Florida**

**Defendant**

**Governor of Georgia**

**Defendant**

**Governor of Hawaii**

**Defendant**

**Governor of Idaho**

**Defendant**

**Governor of Illinois**

**Defendant**

**Governor of Indiana**

**Defendant**

**Governor of Iowa**

**Defendant**

**Governor of Kansas**

**Defendant**

**Governor of Kentucky**

**Defendant**

**Governor of Louisianna**

**Defendant**

**Governor of Maine**

**Defendant**

**Governor of Maryland**

**Defendant**

**Governor of Massachusetts**

**Defendant**

**Governor of Michigan**

**Defendant**

**Governor of Minnesota**

**Defendant**

**Governor of Mississippi**

**Defendant**

**Governor of Missouri**

**Defendant**

**Governor of Montana**

**Defendant**

**Governor of Nebraska**

**Defendant**

**Governor of Nevada**

**Defendant**

**Governor of New Hampshire**

**Defendant**

**Governor of New Jersey**

**Defendant**

**Governor of New Mexico**

**Defendant**

**Governor of New York**

**Defendant**

**Governor of North Carolina**

**Defendant**

**Governor of North Dakota**

**Defendant**

**Governor of Ohio**

**Defendant**

**Governor of Oklahoma**

**Defendant**

**Governor of Oregon**

**Defendant**

**Governor of Pennsylvania**

**Defendant**

**Governor of Rhode Island**

**Defendant**

**Governor of South Carolina**

**Defendant**

**Governor of South Dakota**

**Defendant**

**Governor of Tennessee**

**Defendant**

**Governor of Texas**

**Defendant**

**Governor of Utah**

**Defendant**

**Governor of Vermont**

**Defendant**

**Governor of Virginia**

**Defendant**

**Governor of Washington**

**Defendant**

**Governor of West Virginia**

**Defendant**

**Governor of Wisconsin**

**Defendant**

**Governor of Wyoming**

**Defendant**

**Pentagon, The**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2025 | 1 | COMPLAINT against Aileen Cannon, Brendan Carr, Hunter Carroll, Catholic Diocese of Colorado Springs, The, Central Intelligence Agency, Sheri Polster Chappell, Richard Bruce Cheney, Steven Cheung, Chad Chronister, City of Boca Raton, Alvin Bragg, Ed Brodsky, Brownard County Board of County Commissioners, Vern Buchanan, Taylor Budowich, Warren Buffet, Doug Burgum, George W. Bush, CSX Transportation Inc., Canadian National Railway, Archdiocese of Los Angeles, Archdiocese of Miami, Archdiocese of New York, Archdiocese of Newark, Archdiocese of Philadelphia, Archdiocese of San Francisco, Archdiocese of Venice, Archdiocese of Washington, Madeline Cox Arleo, Army Corps of Engineers, Baltimore City Council, Thomas Barber, Benderson Development, Francis Jorge Mario Bergoglio, Jeff Bezos, BlackRock Inc., Blackstone Inc., Kimberly Carlton Bonner, City of Cape Coral, City of Fort Meyers, City of Miami, City of Naples, City of Parkland, City of West Palm Beach, Cleveland City Council, Hillary Clinton, William Jefferson Clinton(Bill), Dana Moss, Elon Musk, National Association for Stock Car Auto Racing, National Basketball Association, National Football League, National Security Council, National Sheriff's Association, Natural Resources Defense Council, New Development Bank, New York City Council, Doug Collins, Colorado College, Colorado Department of Public Health and Environment, Colorado School of Mines, Colorado State University, James Conrad, Council of National Defense, Nikolas Cruz, Dade County Board of County Commissioners, Edward J DeBartolo, ExxonMobil, Federal Bureau of Investigation, Martin Fein, Florida Department of Environmental Protection, Florida Department of Law Enforcement, Florida State University, Scott Freyre, Matt Gaetz, Bill Gates, Darrin P Gayles, Geoffrey H Gentile, Rudy Giuliani, Goldman Sachs Group Inc., Emma Gonzales, Sergio Gor, Al Gore, Governor of Alabama, Governor of Alaska, Governor of Connecticut, Governor of Iowa, Governor of Illinois, Governor of Indiana, Governor of Kentucky, Governor of Louisianna, Governor of Maine, Governor of Maryland, Governor of Massachusetts, Governor of Michigan, Governor of Minnesota, Governor of Mississippi, Governor of Kansas, Governor of Arizona, Governor of Arkansas, Governor of California, Governor of Colorado, Governor of Delaware, Governor of Florida, Governor of Georgia, Governor of Hawaii, Governor of Idaho, Governor of Missouri, Governor of Montana, Governor of Nebraska, Governor of Nevada, Governor of New Jersey, Governor of New Mexico, Governor of New York, Governor of North |

Carolina, Governor of North Dakota, Governor of Ohio, Governor of Oklahoma, Governor of Oregon, Governor of Pennsylvania, Governor of Rhode Island, Governor of South Carolina, Governor of South Dakota, Governor of Tennessee, Governor of Texas, Governor of Utah, Governor of Vermont, Governor of Virginia, Governor of Washington, Governor of West Virginia, Governor of Wisconsin, Governor of Wyoming, Greenberg Traurig Law, Marjorie Taylor Greene, Don T Hall, Kamala Harris, Harvard University, International Bank for Reconstruction and Development, The, The International Development Association, The, Scott Israel, JPMorgan Chase & Co., JPMorgan Chase Bank National Association, Ketanji Brown Jackson, Letitia James, Robert F Kennedy Jr., Thomas Krug, Karoline Leavitt, 12th Judicial Circuit of Florida, 13th Judicial Circuit of Florida, Eric Adams, Mary Ross Agosta, Loren AliKhan, Apollo Global Management Inc., Archdiocese of Baltimore, Archdiocese of Boston, Archdiocese of Indianapolis, Lee County Board of County Commissioners, David S Leibowitz, Howard Lutnick, Major League Baseball, Manatee County Board of County Commissioners, Carmine Marceno, Marjorie Stoneman Douglas School, Jose E Martinez, Bill McGinley, McHugh, Linda McMahon, Juan Merchan, Metropolitan Planning Council, Miami Port Authority, Donald M Middlebrooks, Stephen Miller, Ashley Moody, Wes Moore, Morgan Stanley, Mosaic Fertilizer, Martha Pacold, Donna Marie Padar, Lee Pallardy, Palm Beach County Board of County Commissioners, James Parker, Nancy Pelosi, Pennsylvania Department of Environmental Protection Agency, Pennsylvania State Police, Pennsylvania State University, Pentagon, The, Michael Waltz, Tim Waltz, Washington City Council, Washington Post, The, Washington Public Ports Association, Washington State of Department of Ecology, Thomas Widen, Susie Wiles, Charles Williams, Omar A. Williams, New York Port Authority, New York University, Gavin Newsom, Ney York Department of Environmental Protection, Kristi Noem, Liam O'Grady, George A O'Toole Jr., Barrack Obama, Michelle Obama, Ohio State University, Pete Hegseth, Hillsborough County Board of County Commissioners, Kathy Hochul, Kurt Hoffman, David Hogg, Kelly See, The, Thomas Homan, Thomas Howze, Michael Huckabee, Human Health and Services, Pfizer Phamaceutical Industry Company, Philadelphia City Council, Port Everglades, Vivek Ramaswamy, John Ratcliffe, Luis Rivera, Ariana Rockefeller, Valerie Rockefeller, Rockefeller Capital Management, Rockefeller Financial Services, Rockefeller Foundation, The, Rockefeller Group International, inc., Andrew Rosin, David Mayer de Rothschild, James Amschel Victor Rothschild, Lynn Forester de Rothschild, Nicholas David Rothschild, Marco Rubio, Maria Ruhl, Sheila Sanghvi, Ron DeSantis, Carolyn Delano, Department of Government Efficiency, Department of Interior, Department of State, Paul Diamond, James Dominguez, Byron Donalds, Sean Duffy, Environmental Protection Agency, Sarasota County Board of County Commissioners, Dean John Sauer, Dan Scavino, Will Scharf, Elizabeth Scherer, Rick Scott, Seminole Tribe Hard Rock Casino, Josh Shapiro, Christopher Shaw, Ryan Snyder, South Florida Water Management District, South Regional Planning Council, Southwest Florida Regional Planning Council, Southwest Florida Water Management District, State Street Corporation, Elise Stefanik, Laura Taylor Swain, Tampa Central Command MacDill AirForce Base, Town of Davy, Town of Royal Beach, Town of Royal Palm Beach, Treasure Coast Regional Planning Council, Barron Trump, Donald J. Trump, Eric Trump, Ivanka Trump, Lara Trump, Melania Trump, Donald Trump Jr., U.S. Congress, U.S. Surgeon General, The, US Department of Transportation, US National Guard, United Nations, United States Geological Survey, University Of Miami, University of Colorado Boulder, University of Washington, James David Vance, Stephen Walker, Wink News, Steven Witkoff, Mark Wolfe, World Bank Group, World Economic Forum, Chris Wright, Yale University, Lee Zeldin, Mark Zuckerberg, filed by Joseph D Gilberti. (Attachments: # 1 Civil Cover Sheet, # 2 Envelope)(echa, ) (Entered:

| | | 02/10/2025) |
|---|---|---|
| 02/07/2025 | 2 | Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) by Plaintiff Joseph D Gilberti. (echa, ) (Entered: 02/10/2025) |
| 02/07/2025 | 3 | Case assigned to Magistrate Judge Richard T. Gurley. Text Only Entry. (echa, ) (Entered: 02/10/2025) |
| 02/10/2025 | 4 | ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES. It is ORDERED that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. If Plaintiff fails to cure all of the designated deficiencies within thirty (30) days from the date of this order, the action will be dismissed without further notice. By Magistrate Judge Richard T. Gurley on 2/10/2025. (tlove, ) (Entered: 02/10/2025) |
| 02/24/2025 | 5 | ORDER OF RECUSAL by Magistrate Judge Richard T. Gurley on 02/24/2025. This case is directly reassigned Magistrate Judge Scott T. Varholak for all further proceedings. All future pleadings should be designated as **25−cv−423−STV.** (tlove, ) (Entered: 02/24/2025) |
| 03/18/2025 | 6 | ORDER OF DISMISSAL. It is ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a Court order and failure to prosecute. Leave to proceed in forma pauperis on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed in forma pauperis on appeal in the United States Court of Appeals for the Tenth Circuit. It is FURTHER ORDERED that all pending motions are DENIED as moot. By Judge Lewis T. Babcock on 3/18/2025. (tlove, ) (Entered: 03/18/2025) |
| 03/18/2025 | 7 | JUDGMENT by Clerk re: 6 Order of Dismissal by Judge Lewis T. Babcock on 3/18/2025. (tlove, ) (Entered: 03/18/2025) |
| 03/31/2025 | 8 | OBJECTION to 6 Order of Dismissal by Plaintiff Joseph D Gilberti. (tlove, ) (Entered: 03/31/2025) |
| 03/31/2025 | 9 | NOTICE OF APPEAL as to 6 Order of Dismissal, 7 Clerk's Judgment by Plaintiff Joseph D Gilberti. (tlove, ) (Entered: 03/31/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00423-STV

JOSEPH D. GILBERTI,

     Plaintiff,

v.

RICHARD BRUCE CHENEY, *et al.*,

     Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff Joseph D. Gilberti lives in Fort Myers Beach, Florida. On February 7, 2025, Plaintiff filed *pro se* a Complaint (ECF No. 1) and Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2). Accordingly, this civil action was opened.

On February 10, 2025, the Court ordered Plaintiff to cure certain filing deficiencies. (ECF No. 4). Specifically, Plaintiff was directed to file a pleading on the District of Colorado's form Complaint. (*Id.* at 2-3); *see also* D.C.COLO.LCivR 5.1(c) (requiring unrepresented parties to use the forms posted on the court's website). The Court gave Plaintiff 30 days to comply and warned that failure to cure the defects would result in the dismissal of this action without further notice. (*Id.*).

Plaintiff has not cured the identified deficiencies or communicated with the Court in any manner—and the time to do so has passed. (*See* docket). Thus, this action will

1

be dismissed without prejudice for failure to comply with the Court's order and failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If a notice of appeal is filed, Plaintiff must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a Court order and failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that all pending motions are DENIED as moot.

DATED at Denver, Colorado, this  18th  day of     March     , 2025.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

2

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00423-LTB

JOSEPH D. GILBERTI,

      Plaintiff,

v.

RICHARD BRUCE CHENEY, *et al.*,

      Defendants.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on March 18, 2025, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

      DATED at Denver, Colorado, March 18, 2025.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk


                        By: s/T. Lovell
                        Deputy Clerk

#

#

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 31 2025

JEFFREY P. COLWELL
CLERK

## In and for The United States District Court of Colorado

**Joseph D Gilberti PE**, a licensed Professional Engineer in the State of Florida,

Case: **25-cv-00423**

    Petitioner(s),

v.

**DEMAND FOR JURY TRIAL**

**Richard Bruce (Dick) Cheney**, et al

    Defendant(s).

_____/

## Notice of Appeal

Comes Now, Plaintiff, Joseph D. Gilberti, PE, pursuant to FRCP and FRAP hereby appeals to the Order of Dismissal dated on March 18, 2025 (Docket #6), and received Order in Sarasota Jail on March 27, 2025, to the US District Court of Appeals for the 10th Circuit per order of dismissal (Docket #6). This lower court, Judge Lewis T. Babcock, dismissed this case knowing of the timed terrorism events surrounding plaintiff's actions while exposing primary spring water, in select isolated various remote locations across the country and the world, with lower water bills to the tap and new medicine resources for America they dismissed this politically without a care of the health and national defense these deep underground resources provide all Americans. Also Knowing Plaintiff is illegally incarcerated and is indigent, instead of paying attention to the facts and circumstances, showing some honor for the United States citizens, and calling a US Senator or Congressman on Public Record Permits regarding a unique deep underground medicinal antioxidant aquifer with endless capacity to the tap shown on statewide permits. Conspiring against America per title 18 USC 241-242, Title 22 USC, HR 5736; conspiring to hide global geological and geotechnical engineering knowledge from Americans and humanity per Title 15 USC.

## Certificate of Service

I hereby Certify that a copy of the Notice of Appeal was filed on March 28, 2025, at The United States District Court of Colorado Clerk of Court.

Joseph Gilberti
Joseph D Gilberti PE
Petitioner
#2024-2237
2020 Main Street, Sarasota Jail
Sarasota FL, 34237
813-470-6000
239-980-3149
Gilbertiwater@gmail.com
www.GilbertiBlueGold.com

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.



**FROM:** Joe Gilbert PE
Landtech Design Group Inc.
385 Donora Blvd
Fort Myers Beach, FL 33931

**TO:** Alfred A. Arraj Court-house
901 19th Street
Denver, CO 80294

PRIORITY MAIL®

U3/28/23
1130800440-03

0 Lb 3.00 Oz
RDC 03

C044

EXPECTED DELIVERY DAY: 03/31/25

SHIP
TO:
901 19TH ST
DENVER CO 80294-2500

USPS TRACKING® #

9505 6139 3893 5097 1768 26

FLAT RATE
ONE RATE

TRACK

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00000100 0014

- Expected del
- Domestic shi
- USPS Tracki
- Limited inter
- When used i

*Insurance does n
Domestic Mail Mai
** See Internation

onal destinations.

the

of coverage.

a free Package Pickup,
n the QR code.

S.COM/PICKUP

**how2recycle.info**
PAPER POUCH

This package is made from post-consumer waste. **Please recycle - again.**



**UNITED STATES POSTAL SERVICE** ®   |   **PRIORITY** ® | **MAIL**

**FLAT RATE ENVELOPE**

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM** ®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.